| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan S. Wolf         Bar No. 94665<br>Daniel K. Fujimoto Bar No. 158575<br>The Wolf Firm, A Law Corporation<br>2955 Main Street, Second Floor<br>Irvine, CA  92614<br>Telephone (949) 920-9200<br>Fax (949) 608-0128<br>E-mail:  wdk@wolffirm.com | **FILED & ENTERED**<br><br>**MAY 09 2011**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY pgarcia   DEPUTY CLERK |
| ☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**  San Fernando Valley     **DIVISION**

| In re:<br><br>Ricardo Cruz Perez, II and Rochelle C. Perez aka Rochelle L. Cadiente<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:11-bk-10688-VK<br><br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: 3/30/11<br>TIME: 9:30 am<br>COURTROOM: 301<br>PLACE: 3rd |

**MOVANT:**  U.S. Bank National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF10 Mortgage Pass-Through Certificates, Series 2006-FF10

1.   The Motion was:   ☐ Opposed          ☒ Unopposed          ☐ Settled by stipulation

2.   The Motion affects the following real property ("Property"):

    *Street Address:*      9159 1/2 Noble Avenue
    *Unit Number:*
    *City, State, Zip Code:*   North Hills, CA 91343

    Legal description or document recording number (including county of recording):
    See Document No. 060874721 recorded on 04/21/2006 in the Official Records of Los Angeles County, California

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                    Page 1                    **F 4001-1.ORDER.RP**

☐ See attached page.

3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with
   applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the
   estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment
   to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after
   entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without
   prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to
   the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's
   secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured
     creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is
   binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the
   Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent
   bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown,
   after notice and a hearing.  Any federal, state or local governmental unit that accepts notices of interests or liens in
   real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any
        other chapter of the Bankruptcy Code.
   b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2010_                                    Page 2                                    **F 4001-1.ORDER.RP**

10-ER).

d.  ☐  See attached continuation page for additional provisions.

### ###

DATED: May 9, 2011

_____
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                          Page 3                                          **F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2955 Main Street, Second Floor, Irvine, CA 92614

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____4/18/2011_____,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Ricardo Cruz Perez, II, 6709 Woodley Avenue, Apt. 105, Van Nuys, CA 91406 (U.S. Mail)
Debtor: Rochelle C. Perez, 6709 Woodley Avenue, Apt. 105, Van Nuys, CA 91406 (U.S. Mail)
Debtors' Counsel: Rob R Nichols, 5850 Canoga Ave., #400, Woodland Hills, CA 91367 (U.S. Mail)
Chapter 7 Trustee: Diane Weil (TR), 16000 Ventura Blvd., Suite 1000, Encino, CA 91436 (U.S. Mail)
United States Trustee (SV), 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367 (U.S. Mail)
Junior Lienholder: Select Portfolio Servicing, 10401 Deerwood Park, Jacksonville, FL 32256 (U.S. Mail)
Judge Victoria S. Kaufman, 255 E. Temple Street, Suite 1682, Los Angeles, CA 90012-3332 (U.S. Mail)

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/18/2011 | Jennifer Kissinger | /s/ Jennifer Kissinger |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2010_                                Page 4                                **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____4/13/2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Movant's Counsel: Daniel K. Fujimoto, wdk@wolffirm.com
Debtors' Counsel: Rob R Nichols, nicholslaw2000@yahoo.com
Chapter 7 Trustee: Diane Weil (TR), dcw@dcweillaw.com, dweil@ecf.epiqsystems.com
United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Ricardo Cruz Perez, II, 6709 Woodley Avenue, Apt. 105, Van Nuys, CA 91406 (U.S. Mail)
Debtor: Rochelle C. Perez, 6709 Woodley Avenue, Apt. 105, Van Nuys, CA 91406 (U.S. Mail)

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Junior Lienholder: Select Portfolio Servicing, 10401 Deerwood Park, Jacksonville, FL 32256 (U.S. Mail)

☐  Service information continued on attached page

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                   Page 5                                   **F 4001-1.ORDER.RP**